583 A.2d 350

BARBARA FIGURED AND WILLIAM FIGURED AND JASON FIGURED v. PARALEGAL TECHNICAL SERVICES, INC., RONAL F. AUSTIN, AND RONALD E. FREEMAS.

April 2, 1990.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 117 *N.J.* 118, 564 *A.*2d 847)